United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

City of Hollywood Police Officers Retirement System ,

Plaintiff(s),

v.

Cook, et al.                                    ,

Defendant(s).

Case No. 5:26-cv-01724-VKD

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Geoffrey M. Johnson, an active member in good standing of the bar of the State of Ohio, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff City of Hollywood Police Officers Retirement System in the above-entitled action. My local co-counsel in this case is Joseph A. Pettigrew, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: CA 236933.

Scott+Scott Attorneys at Law LLP
12434 Cedar Road, Ste. 12, Cleveland Heights, OH 44106
MY ADDRESS OF RECORD

Scott+Scott Attorneys at Law LLP
600 W. Broadway, Ste. 3300, San Diego, CA 92101
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

216-229-6088
MY TELEPHONE # OF RECORD

619-233-4565
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

gjohnson@scott-scott.com
MY EMAIL ADDRESS OF RECORD

jpettigrew@scott-scott.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: OH 0073084.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 17, 2026

Geoffrey M. Johnson
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Geoffrey M. Johnson  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  March 17, 2026

*Virginia K. DeMarchi*

UNITED STATES MAGISTRATE JUDGE
Virginia K. DeMarchi

United States District Court
Northern District of California