**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Jing-Li Yu (CA 342985)
jyu@scott-scott.com
The Helmsley Building, 230 Park Avenue, 24th Floor
New York, New York 10169
Telephone: 212-223-6444
Facsimile: 212-223-6334

*Counsel for Plaintiff City of Hollywood Police
Officers' Retirement System*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY D. COOK, ARTHUR LEVINSON, RONALD SUGAR, ANDREA JUNG, SUSAN WAGNER, ALEX GORSKY, MONICA LOZANO, WANDA AUSTIN, LUCA MAESTRI, and PHILIP W. SCHILLER, <br><br> Defendants, <br><br> -and- <br><br> APPLE, INC., <br><br> Nominal Defendant. | Case No. 5:26-cv-01724-~~VKD~~ NW <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO SET SCHEDULE FOR MOTION TO DISMISS BRIEFING, VACATE INITIAL CASE MANAGEMENT CONFERENCE, AND STAY DISCOVERY** <br><br> Judge:    Hon. ~~Virginia K. DeMarchi~~ Noel Wise <br> Trial Date: Not Yet Set <br> Date Action Filed: February 27, 2026 |

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule(s)"), plaintiff City of Hollywood Police Officers' Retirement System ("Plaintiff"), defendants Timothy D. Cook, Arthur Levinson, Ronald Sugar, Andrea Jung, Susan Wagner, Alex Gorsky, Monica Lozano, Wanda Austin, Luca Maestri, and Philip W. Schiller and nominal defendant Apple, Inc. (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate that good cause exists to request an order from the Court setting a briefing schedule for Defendants' forthcoming motion to dismiss, vacating the Initial Case Management Conference scheduled for June 2, 2026 and all associated deadlines, and staying discovery and all associated deadlines.

WHEREAS, on February 27, 2026, Plaintiff filed the above-captioned derivative action asserting state law claims for breach of fiduciary duties, corporate waste, and unjust enrichment, as well as federal securities claims under Sections 10(b), 14(a), 20(a) and 29(b) of the Securities Exchange Act of 1934 (the "Exchange Act Claims") (the "Complaint");

WHEREAS, Defendants have waived service of a summons and Complaint (ECF No. 13) and, pursuant to Rule 12 of the Federal Rules of Civil Procedure, are currently required to move against or otherwise respond to the Complaint on or before June 9, 2026;

WHEREAS, Defendants intend to file a motion to dismiss the Complaint and the Parties agree that in the interest of judicial economy and efficiency, all discovery and associated deadlines should be stayed until final resolution of Defendants' motion to dismiss[1];

WHEREAS, the Parties have met and conferred regarding the schedule and upcoming deadlines in this matter;

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

---

[1] Defendants further believe that a stay of discovery during the pendency of Defendants' motion to dismiss is required by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") due to the Complaint's Exchange Act Claims. Plaintiff has a differing view. However, since both Parties agree to the stay, the Court need not reach a decision on this issue for purposes of this Stipulation. The parties preserve their rights to argue their respective positions concerning the applicability of the PSLRA.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:26-CV-01724-VKD

1.    Defendants shall file their motion to dismiss the Complaint on or before June 16, 2026.

2.    Plaintiff shall file its opposition to Defendants' motion to dismiss on or before July 21, 2026.

3.    Defendants shall file their reply in support of their motion to dismiss on or before August 18, 2026.

4.    All discovery and discovery-related deadlines, including the May 26, 2026 deadline to serve initial disclosures (ECF No. 8), are stayed pending final resolution of Defendants' motion to dismiss.

5.    Pursuant to Civil Local Rule 16-2, the Initial Case Management Conference scheduled for June 2, 2026 (ECF Nos. 8 and 9), is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, including the deadline to file a Joint Case Management Statement, until after final resolution of Defendants' motion to dismiss. The Initial Case Management Conference shall be reset on a date the Court determines to be appropriate.

6.    All associated ADR Program deadlines are likewise vacated until after final resolution of Defendants' motion to dismiss and shall be reset for dates the Court determines to be appropriate.

7.    Nothing in this Stipulation shall be construed as a waiver of any argument, defense or right available to any Party.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:26-CV-01724-VKD

Dated: May 19, 2026                          COOLEY LLP


                                             By: /s/ Patrick E. Gibbs
                                                 Patrick E. Gibbs

                                             Attorneys for Defendants
                                             Timothy D. Cook, Arthur Levinson, Ronald
                                             Sugar, Andrea Jung, Susan Wagner, Alex
                                             Gorsky, Monica Lozano, Wanda Austin, Luca
                                             Maestri, Philip W. Schiller, and Nominal
                                             Defendant Apple, Inc.


Dated: May 19, 2026                          SCOTT+SCOTT ATTORNEYS AT LAW LLP


                                             By: /s/ Jing-Li Yu
                                                 Jing-Li Yu

                                             Attorneys for Plaintiff
                                             City of Hollywood Police Officers' Retirement
                                             System

### ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Jing-Li Yu, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: May 19, 2026                          /s/ Jing-Li Yu
                                             Jing-Li Yu


### [PROPOSED] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: May 26, 2026

                                             _____
                                             Honorable ~~Virginia K. DeMarchi~~ Noel Wise
                                             United States Magistrate Judge

GRANTED
Judge Noël Wise

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:26-cv-01724-VKD