COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
TIJANA M. BRIEN (286590) (tbrien@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
TIMOTHY D. COOK, ARTHUR LEVINSON,
RONALD SUGAR, ANDREA JUNG, SUSAN
WAGNER, ALEX GORSKY, MONICA LOZANO,
WANDA AUSTIN, LUCA MAESTRI, PHILIP W.
SCHILLER, and Nominal Defendant APPLE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant APPLE, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>TIMOTHY D. COOK, ARTHUR LEVINSON, RONALD SUGAR, ANDREA JUNG, SUSAN WAGNER, ALEX GORSKY, MONICA LOZANO, WANDA AUSTIN, LUCA MAESTRI, and PHILIP W. SCHILLER,<br><br>                    Defendants,<br><br>    -and-<br><br>APPLE, INC.,<br><br>                    Nominal Defendant. | Case No. 5:26-cv-01724-NW<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE PAGE LIMITS**<br><br>Judge:     Hon. Noël Wise<br>Trial Date: Not Yet Set<br>Date Action Filed: February 27, 2026 |

Pursuant to Rule 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule(s)"), plaintiff City of Hollywood Police Officers' Retirement System ("Plaintiff"), defendants Timothy D. Cook, Arthur Levinson, Ronald Sugar, Andrea Jung, Susan Wagner, Alex Gorsky, Monica Lozano, Wanda Austin, Luca Maestri, and Philip W. Schiller and nominal defendant Apple, Inc. (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate that good cause exists to request an order from the Court enlarging the page limits for briefing on Defendants' forthcoming motion to dismiss.

WHEREAS, on February 27, 2026, Plaintiff filed the above-captioned derivative action asserting state law claims for breach of fiduciary duties, corporate waste, and unjust enrichment, as well as federal securities claims under Sections 10(b), 14(a), 20(a) and 29(b) of the Securities Exchange Act of 1934 (the "Complaint");

WHEREAS, Defendants have waived service of a summons and Complaint (ECF No. 13) and are currently required to move against or otherwise respond to the Complaint on or before June 16, 2026 (ECF No. 21);

WHEREAS, the Parties agree and respectfully submit that, given the length and complexity of the Complaint, enlarged page limits for briefing on Defendants' forthcoming motion to dismiss will allow the parties to adequately and efficiently address the relevant issues in a manner that will benefit the Court and the Parties;

WHEREAS, the Parties have met and conferred regarding enlarged page limits for briefing on Defendants' forthcoming motion to dismiss;

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1.      Defendants' opening brief in support of their forthcoming motion to dismiss the Complaint shall not exceed thirty (30) pages.

2.      Plaintiff's brief in opposition to Defendants' forthcoming motion to dismiss the Complaint shall not exceed thirty (30) pages.

3.      Defendants' reply brief in support of their forthcoming motion to dismiss the Complaint shall not exceed twenty (20) pages.

4.     Nothing in this Stipulation shall be construed as a waiver of any argument, defense or right available to any Party.

IT IS SO STIPULATED.

Dated: May 28, 2026                                    COOLEY LLP


                                                       By: /s/ Patrick E. Gibbs
                                                              Patrick E. Gibbs

                                                       Attorneys for Defendants
                                                       Timothy D. Cook, Arthur Levinson, Ronald
                                                       Sugar, Andrea Jung, Susan Wagner, Alex
                                                       Gorsky, Monica Lozano, Wanda Austin, Luca
                                                       Maestri, Philip W. Schiller, and Nominal
                                                       Defendant Apple, Inc.


                                                       SCOTT+SCOTT ATTORNEYS AT LAW LLP


                                                       By: /s/ Jing-Li Yu
                                                              Jing-Li Yu

                                                       Attorneys for Plaintiff
                                                       City of Hollywood Police Officers' Retirement
                                                       System


## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Patrick E. Gibbs, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  May 28, 2026                          /s/ Patrick E. Gibbs
                                               Patrick E. Gibbs


## [PROPOSED] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Date: May 29, 2026                            _____
                                              Honorable Noël Wise
                                              United States District Judge