COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
TIJANA M. BRIEN (286590)
(tbrien@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:    +1 650 843 5000
Facsimile:     +1 650 849 7400

Attorneys for Defendants
*TIMOTHY D. COOK, ARTHUR LEVINSON,*
*RONALD SUGAR, ANDREA JUNG, SUSAN*
*WAGNER, ALEX GORSKY, MONICA LOZANO,*
*WANDA AUSTIN, LUCA MAESTRI, PHILIP W.*
*SCHILLER, and Nominal Defendant APPLE INC.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CITY OF HOLLYWOOD POLICE OFFICERS' RETIREMENT SYSTEM, Derivatively on Behalf of Nominal Defendant APPLE, INC., <br><br> Plaintiff, <br><br> v. <br><br> TIMOTHY D. COOK, ARTHUR LEVINSON, RONALD SUGAR, ANDREA JUNG, SUSAN WAGNER, ALEX GORSKY, MONICA LOZANO, WANDA AUSTIN, LUCA MAESTRI, and PHILIP W. SCHILLER, <br><br> Defendants, <br><br> -and- <br><br> APPLE, INC., <br><br> Nominal Defendant. | Case No. 5:26-cv-01724-NW <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE SCHEDULE FOR MOTION TO DISMISS BRIEFING** <br><br> Judge:      Hon. Noël Wise <br> Trial Date: Not Yet Set <br> Date Action Filed: February 27, 2026 |

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule(s)"), plaintiff City of Hollywood Police Officers' Retirement System ("Plaintiff"), defendants Timothy D. Cook, Arthur Levinson, Ronald Sugar, Andrea Jung, Susan Wagner, Alex Gorsky, Monica Lozano, Wanda Austin, Luca Maestri, and Philip W. Schiller and Nominal Defendant Apple Inc. (collectively, "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby agree and stipulate that good cause exists to request an order from the Court changing the briefing schedule for Defendants' forthcoming motion to dismiss.

WHEREAS, on February 27, 2026, Plaintiff filed the above-captioned derivative action asserting state law claims for breach of fiduciary duties, corporate waste, and unjust enrichment, as well as federal securities claims under Sections 10(b), 14(a), 20(a) and 29(b) of the Securities Exchange Act of 1934 (the "Complaint");

WHEREAS, the Parties previously met and conferred regarding the schedule and upcoming deadlines in this matter and submitted a Stipulated Request and [Proposed] Order to Set Schedule for Motion to Dismiss Briefing, Vacate Initial Case Management Conference, and Stay Discovery on May 19, 2026 (ECF No. 13);

WHEREAS, on May 26, 2026, the Court entered the Parties' Stipulated Request and Proposed Order, setting a schedule for the briefing on Defendants' Motion to Dismiss (ECF No. 21);

WHEREAS, the Parties have met and conferred again regarding the schedule and upcoming deadlines in this matter;

WHEREAS, given the length and complexity of the Complaint, the breadth of allegations concerning active pending litigation matters, and Defendants' scheduling constraints, the Parties agree and respectfully submit that good cause exists to change the briefing schedule for Defendants' forthcoming motion to dismiss to allow the Parties time to adequately and efficiently address the relevant issues in a manner that will benefit the Court and the Parties;

WHEREAS, the Parties agree and respectfully submit that changing the briefing schedule for Defendants' forthcoming motion to dismiss will not otherwise affect the schedule for the action,

as the remaining discovery and discovery-related deadlines, including the Initial Case Management Conference, are stayed pending final resolution of Defendants' motion to dismiss (ECF No. 21).

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1.    Defendants shall file their motion to dismiss the Complaint on or before June 30, 2026. Defendant shall set Motion to Dismiss Hearing for Friday, September 25, 2026 at 9:00am.

2.    Plaintiff shall file its opposition to Defendants' motion to dismiss on or before August 4, 2026.

3.    Defendants shall file their reply in support of their motion to dismiss on or before September 1, 2026.

4.    All remaining discovery and discovery-related deadlines, including the Initial Case Management Conference stayed pursuant to the Court's order on May 26, 2026 (ECF No. 21), shall remain stayed pending final resolution of Defendants' motion to dismiss.

5.    Nothing in this Stipulation shall be construed as a waiver of any argument, defense or right available to any Party.

IT IS SO STIPULATED.

Dated: June 9, 2026                          COOLEY LLP

                                             By:  /s/ *Patrick E. Gibbs*
                                                  Patrick E. Gibbs

                                             Attorneys for Defendants
                                             Timothy D. Cook, Arthur Levinson, Ronald Sugar, Andrea Jung, Susan Wagner, Alex Gorsky, Monica Lozano, Wanda Austin, Luca Maestri, Philip W. Schiller, and Nominal Defendant Apple Inc.

SCOTT+SCOTT ATTORNEYS AT LAW LLP

By: /s/ *Jing-Li Yu*
    Jing-Li Yu

Attorneys for Plaintiff
City of Hollywood Police Officers' Retirement System

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Patrick E. Gibbs, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:  June 9, 2026

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Date: June 12, 2026

Honorable Noël Wise
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:26-CV-01724-NW